IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| **Lehigh Coal and Navigation Company,** | : | Case No. 08-51957-JJT |
| | : | |
| **Debtor.** | : | |
| | : | |

### CONSENT ORDER

AND NOW, this 24th day of January, 2013, upon consideration of the Consent Motion of the United Mine Workers of America ("UMWA") to Allow Claims, it is hereby ORDERED and DECREED that:

1. The Motion is GRANTED.

2. Thirty-six administrative expense claims totaling $65,237.25, representing unpaid wages owed to certain former employees of the Debtor, are hereby allowed as set forth in the schedule attached hereto as Exhibit A and incorporated herein by reference as though set forth in full.

3. Thirteen administrative expense claims totaling $28,634.51, representing medical expenses incurred by certain former employees after the Debtor terminated their health insurance, are hereby allowed as set forth in the schedule attached hereto as Exhibit B and incorporated herein by reference as though set forth in full.

4. UMWA's administrative expense claims in the amounts of $65,237.25 and $28,634.63, allowed by Orders dated November 22, 2010, are hereby disallowed.

5. The 49 administrative expense claims allowed by this Order shall have the same priority as the two administrative expense claims previously allowed to UMWA.

By the Court,

Dated: January 24, 2013

John J. Thomas, Bankruptcy Judge
(BC)

EXHIBIT A

| Name | Address | Amount |
|---|---|---:|
| Beltz, William | 11 Hamilton Street, Barnesville PA 18214 | $900.96 |
| Boyle Jr., George | 637 Arlington Street, Tamaqua, PA 18252 | $1,237.09 |
| Boyle III, George | 405 Pitt Street, Tamaqua, PA 18252 | $763.31 |
| Brachman, Charles | PO Box 52, Tuscarora, PA 17982 | $995.38 |
| Chromiak, Michael | 30 South Street, Tamaqua, PA 18252 | $2,843.43 |
| Coleman, Walter | PO Box 156, Tuscarora, PA 17982 | $2,025.00 |
| Dale III, William | PO Box 42, Tamaqua, PA 18252 | $900.96 |
| Dennis, Richard | 113 Pine Street, Mahanoy City, PA 17948 | $1,573.81 |
| Dombrowski, Eugene | Unknown | $289.53 |
| Farrell, Ronald | 147 Brook Lane, Tamaqua, PA 18252 | $3,155.81 |
| Faust, Joseph | 408 E Elm Street, Tamaqua, PA 18252 | $5,219.03 |
| Galgoci, John | 28 East Snyder Avenue, Lansford, PA 18232 | $1,682.42 |
| Galgoci, Richard | 544 East Railroad Street, Nesquehoning, PA 18240 | $2,788.89 |
| Gieniec Jr., Stanley | Po Box 172, Nesquehoning, PA 18240 | $1,684.00 |
| Gontz, James | 109 W Spruce Street, Mahanoy City, PA 17948 | $1,753.67 |
| Horvath, Louis | PO Box 46, Coaldale, PA 18214 | $3,133.78 |
| Hughes, Raymond | 808 E Broad Street, Tamaqua, PA 18252 | $5,942.79 |
| Kane, John | 90 E Mill Street, Nesquehoning, PA 18240 | $1,067.27 |
| Kashlak, John | 125 E Amidon Street, Summit Hill, PA 18250 | $2,624.22 |
| Kershner, Gene | 246 Franklin Street, Weissport, PA 15235 | $1,131.81 |
| Koch, Dennis | 26 Oak Lane, Tamaqua, PA 18252 | $1,947.02 |
| Kranch, Christopher | 219 Lombard Street, Tamaqua, PA 18252 | $2,023.58 |
| Kranch, Michael | 63 High Road Park Place, Mahanoy City, PA 17948 | $184.25 |
| Kusko Jr., Stephen | 444 W White Street, Summit Hill, PA 18250 | $635.61 |
| Mackay, David | 208 Manor Lane, Lehighton, PA 18235 | $2,667.66 |
| Matula, Thomas | 128 W Hazard Street, Apt. 206, Summit Hill, PA 18250 | $939.59 |
| Moyer, Leonard | 101 Kettle Road, Tamaqua, PA 18252 | $289.53 |
| Novak, Daniel | 1398 Valley Road, Tamaqua, PA 18252 | $1,597.71 |
| Pedron Sr., Robert | PO Box 201, Tuscarora, PA 17982 | $2,642.39 |
| Praskac, John | 17 Eli Street, Tamaqua, PA 18252 | $3,432.00 |
| Schlaugh, Alvin | 1614 Catawissa Creek, Zion Grove, PA 17985 | $365.11 |
| Sedicino, Michael | 166 W Railroad Street, Pottsville, PA 17901 | $1,568.10 |
| Sheeler, Rudolph | 203 Lizard Creek Road, Andreas, PA 18211 | $1,494.26 |
| Spece, James | 715 Laurel Boulevard, Pottsville, PA 17901 | $736.47 |
| Whildin, Robert | 121 East Ridge Road, Coaldale, PA 18218 | $1,711.07 |
| Willing Jr., William | 70 Hunter Street, Tamaqua, PA 18252 | $1,289.74 |
| | | $65,237.25 |

**EXHIBIT B**

| | | |
|---|---|---|
| Beltz, William | 11 Hamilton Street, Barnesville PA  18214 | $5,858.50 |
| Bynon, Robert | 49 West Summit Avenue, Summit Hill, PA 1825 | $229.26 |
| Coleman, Walter | PO Box 156, Tuscarora, PA  17982 | $253.00 |
| Dennis, Richard | 113 Pine Street, Mahanoy City, PA  17948 | $156.00 |
| Farrell, Ronald | 147 Brook Lane, Tamaqua, PA  18252 | $16,971.70 |
| Hughes, Raymond | 808 E Broad Street, Tamaqua, PA  18252 | $420.67 |
| Kashlak Jr., John | 125 E Amidon Street, Summit Hill, PA  18250 | $229.00 |
| Kranch, Christopher | 219 Lombard Street, Tamaqua, PA  18252 | $78.00 |
| Koch, Dennis | 26 Oak Lane, Tamaqua, PA  18252 | $350.00 |
| Novak, Daniel | 1398 Valley Road, Tamaqua, PA  18252 | $85.00 |
| Sedicino, Michael | 166 W Railroad Street, Pottsville, PA  17901 | $3,730.00 |
| Sheeler, Rudolph | 203 Lizard Creek Road, Andreas, PA  18211 | $201.23 |
| Spece, James | 715 Laurel Boulevard, Pottsville, PA  17901 | $72.15 |
| | | $28,634.51 |